Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

## for the

### District of Nebraska



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | Ernest Thornton | **Docket Number:** 8:96CR46-3 |
| **Sentencing Judge:** | The Honorable Lyle E. Strom<br>U.S. Senior District Judge | |
| **Date of Original Sentence:** | December 29, 1997 | |
| **Original Offense:** | Conspiracy to Possess with Intent to Distribute Cocaine Base 21 U.S.C. 846 | |
| **Original Sentence:** | 136 months custody; 5 years supervised release | |
| **Type of Supervision:** | Supervised release | |
| **Date Supervision Commences:** | January 13, 2006 to January 12, 2011 | |

## PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

As a special condition of supervision, Ernest Thornton [is] to reside at and participate in a community corrections center program under the community corrections component as approved by the Probation Office, for a period not to exceed 180 days or until discharged by the program director pursuant to 18 U.S.C. § 3563(b)(11).

As a special condition of supervision, shall submit to one drug test within fifteen days of release from imprisonment and at least two drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer, pursuant to 18 U.S.C. § 3583(d).

THORNTON, Ernest
**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
Page 2

## CAUSE

Mr. Thornton is currently being supervised by U.S. Probation Officer Jarrod Kennelly in the Central District of California. Mr. Thornton recently admitted to marijuana use and has previously admitted to cocaine use. USPO Kennelly believes that increased drug testing and placement in a community corrections center will provide additional structure to keep Mr. Thornton in compliance with the court order.

Respectfully submitted,

_____
John A. Hill, Supervising
U.S. Probation Officer

Reviewed by,

_____
David E. Goering, Supervising by: /s/
U.S. Probation Officer

THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

✓ The Modification of Conditions as noted above

___ Other

_____
The Honorable Lyle E. Strom
U.S. Senior District Judge

2/27/07
Date